# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA LYNN DOWIE,**

    **Plaintiff,**

**-vs-**                 **Case No. 6:05-cv-1032-Orl-22KRS**

**ZETA OMEGA CHAPTER OF ALPHA DELTA PI HOUSE CORPORATION, DOROTHEA BOGERT, TRACY TURNER, and ALPHA DELTA PI FOUNDATION, INC.,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**  PLAINTIFF'S UNOPPOSED MOTION TO ATTEND MEDIATION BY TELEPHONE (Doc. No. 73)
>
> **FILED:**   July 24, 2006
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

> **MOTION:**  DEFENDANTS' UNOPPOSED MOTION TO ATTEND MEDIATION BY TELEPHONE (Doc. No. 74)
>
> **FILED:**   July 24, 2006
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

If the mediation conducted on July 25, 2006, is unsuccessful, the parties may be required to appear personally at a continuation of the mediation before the mediator or at a settlement conference before a Magistrate Judge.

**DONE** and **ORDERED** in Orlando, Florida on July 25, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties